IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| HUGO AMBRIZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL CORRECTIONAL )<br>INSTITUTION – BIG SPRING, et al., )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br><br>Civil Action No. 1:18-CV-0201-C-BU |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's claims against the remaining Defendants be DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m) for failure to timely effect service and under Federal Rule of Civil Procedure 41(b) for failure to prosecute and to obey an Order of this Court. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, Plaintiff's negligence claims against Defendants Gupta, Russell, Alvarez, Murphree, Willborn, and Sosa are **DISMISSED** without prejudice.

SO ORDERED this 31st day of July, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE