## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| HUGO AMBRIZ,<br>Institutional ID No. 12083-180 | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:18-CV-00201-C |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
### RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error.  Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).[1]

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated October 18, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the dismissal will operate as a dismissal with prejudice because any new complaint is likely barred by the applicable statute of limitations. *See Piotrowski v. City of Houston,* 237 F.3d 567, 576 (5th Cir. 2001).